AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PH GROUP, INC.,

           Plaintiff,

-against-

RYTEC CORPORATION,

        Defendant.

**APPEARANCE**

Case Number: 07 CIV. 8378

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    RYTEC CORPORATION

    I certify that I am admitted to practice in this court.

| 10/4/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Kevin M. Ryan | 5972 |
| | Print Name | Bar Number |
| | 555 Fifth Avenue, 8th Floor | |
| | Address | |
| | New York | NY | 10017 |
| | City | State | Zip Code |
| | (212) 730-7750 | (212) 730-7850 |
| | Phone Number | Fax Number |