UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
PB GROUP, INC.,

                Plaintiff,

-against-

RYTEC CORPORATION,

                Defendant.
---------------------------------------------------------x

Civil Action No.:

**Rule 7.1 Statement**

**07 CIV. 8378**

**JUDGE ROBINSON**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for RYTEC CORPORATION (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    None.

Date:   September 26, 2007

                                        Yours, etc.

                                        NICOLETTI GONSON SPINNER & OWEN LLP

                                        By: _____
                                            Marina A. Spinner
                                            Attorney Bar Code:  MS9959

                                        Attorneys for Defendant
                                        RYTEC CORPORATION
                                        555 Fifth Avenue – 8th Floor
                                        New York, New York 10017
                                        (212) 730-7750

TO:

ROTTENBERG LIPMAN RICH, P.C.
Attorneys for Plaintiff
PB Group, Inc.
369 Lexington Avenue
New York, New York 10017
(212) 661-3080