UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
PB GROUP, INC.,                                                     :
                Plaintiff,                                    :       **RULE 7.1 STATEMENT**
    -against-                                                      :
                                                                    :
RYTEC CORPORATION,                                                  :
                                                                    :
                Defendant.                                    :
                                                                    :
------------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for plaintiff, PB Group, Inc. (a private, non-governmental corporate party) certifies that PB Group, Inc. has no parent corporation and there is no public corporation that owns 10% or more of its stock.

Dated: New York, New York
       October 5, 2007

                                                      ROTTENBERG LIPMAN RICH, P.C.

                                                      By:_____
                                                         Thomas E. Chase (TC-8266)
                                                   369 Lexington Avenue, 15th Floor
                                                   New York, New York 10017
                                                   (212) 661-3080

                                                   Attorneys for Plaintiff,
                                                   PB Group, Inc.