UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
PB GROUP, INC.,

                              Plaintiff,       :   07-Civ.-8378 (SCR)

    -against-

RYTEC CORPORATION,

                             Defendant.
------------------------------------------------------------------ X

## STIPULATION OF DISCONTINUANCE
## WITHOUT PREJUDICE

    WHEREAS plaintiff PB Group, Inc. ("PB Group") filed a complaint in this action against defendant Rytec Corporation ("Rytec" and, with PB Group, the "Parties") alleging that a representative of Rytec made defamatory statements about PB Group (the "Complaint");

    WHEREAS Rytec filed an Answer denying the material allegations contained in the Complaint;

    WHEREAS the Parties wish to avoid the continued distraction and expense of litigation;

    WHEREAS the Parties will endeavor to compete fairly with one another and to refrain from improperly disparaging one another;

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel to the Parties, that the Parties agree to discontinue this action pursuant to FRCP 41(a)(1)(ii) without prejudice to any claim or defense of either Party. This stipulation may be filed with the Clerk of the Court without further notice to either Party.

[Signature page for Stipulation of Discontinuance Without Prejudice]

Dated: January 14, 2008

ROTTENBERG LIPMAN RICH, P.C.        NICOLETTI GONSON SPINNER &
                                    OWEN LLP

By: _____         By: _____
    Thomas E. Chase, Esq.               Kevin Ryan, Esq.
    369 Lexington Ave.                  555 Fifth Avenue, 8th Floor
    New York, NY 10017                  New York, NY 10017
    Tel. No. 212-661-3080               (212) 730-7750
    Attorney for Plaintiff              Attorneys for Defendant

Case Closed

January 29, 2008
White Plains, NY

So Ordered.

_____
U.S.D.J.